# Court of Appeals

## Tenth Appellate District of Texas

10-25-00165-CR

Tomika Shanee Oliver,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
369th District Court of Leon County, Texas
Judge Charles Michael Davis, presiding
Trial Court Cause No. 24-145-DCCR-00155

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

After a jury trial, Tomika Shanee Oliver was convicted of the felony offense of evading arrest or detention with a vehicle. *See* TEX. PENAL CODE ANN. § 38.04(b)(2)(A). The jury found two felony enhancement paragraphs to be true and assessed punishment at ninety-nine years in prison. Oliver presents one issue on appeal: whether the State's discussion of parole law during the final argument of the punishment phase warrants a new trial.

Oliver concedes that she did not object to the State's final jury argument. A defendant's failure to object to a jury argument forfeits her right to complain about the argument on appeal. *Cockrell v. State*, 933 S.W.2d 73, 89 (Tex. Crim. App. 1996). Because an objection was necessary to preserve error, if any, regarding this issue, we overrule Oliver's sole issue on appeal and affirm the judgment of the trial court. *See Sanders v. State*, No. 10-12-00019-CR, 2012 WL 5974017, at *3 (Tex. App.—Waco Nov. 29, 2012, pet. ref'd) (mem. op., not designated for publication) (holding an objection was necessary to preserve error regarding jury argument on parole law).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 26, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Affirmed
Do not publish
CRPM

